■ American Stock Exchange, Inc., Respondent, and New York Stock Exchange, Inc., Intervenor-Respondent, v James H. Tully, Jr., et al., Appel-

lants, et al., Defendants. — Orders, Supreme Court, New York County (Gammerman, J.), both entered on October 29, 1980, unanimously affirmed, without costs and without disbursements, for the reasons stated by Gammerman, J. Concur — Birns, J. P., Sandler, Carro, Silverman and Bloom, JJ.